# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DERRICK D. BOGER,                )
                                 )
            Petitioner,          )
                                 )
      v.                         )    1:11CV118
                                 )
MARK L. SPEAS, et al.,           )
                                 )
            Respondents.         )
```

### ORDER

On February 15, 2011, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) Petitioner filed objections and an amendment to his objections to the Recommendation within the time limit prescribed by Section 636. (Docs. 5, 6). In addition, Petitioner filed three additional documents entitled, "Motion for a Speedy Relief from the Judgement [sic]", and "Motion for a [sic] Appeal Bond," and "Motion for Appointment of Assigned Counsel", respectively. (Docs. 7, 8, and 9.)

The Court has reviewed all of Petitioner's submissions. With respect to Petitioner's objections (Docs. 5, 6), the Court has reviewed them de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted. Petitioner's motion for speedy relief from the judgment (Doc. 7) is denied for being moot, and his motion for an appeal bond (Doc. 8) so that he may obtain counsel to

represent him and his Motion for Appointment of Counsel in this court (Doc. 9) are denied.

**IT IS THEREFORE ORDERED** that the Petition is dismissed for failure to apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current petition as is required by 18 U.S.C. § 2244.

**IT IS FURTHER ORDERED** that Petitioner's "Motion for a Speedy Relief from the Judgement [sic]" (Doc. 7) is denied for being moot.

**IT IS FURTHER ORDERED** that Petitioner's "Motion for a [sic] Appeal Bond" is denied.

/s/ William L. Osteen, Jr.
**United States District Judge**

August 22, 2011